■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIVERA, Appellant. [849 NYS2d 230]—

Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered July 5, 2005, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of eight years, unanimously affirmed.

The court providently exercised its discretion in denying,

without a hearing, defendant's motion to withdraw his plea (*see People v Frederick*, 45 NY2d 520 [1978]), since defendant's unsubstantiated claims were refuted by his plea allocution. Defendant submitted a standard form lacking any case-specific allegations, and his oral submission added nothing of substance (*see People v Little*, 37 AD3d 214 [2007], *lv denied* 8 NY3d 987 [2007]). The record establishes that the plea was knowing, intelligent and voluntary.

Defendant did not establish any good cause for a reassignment of counsel, or any facts that warranted further inquiry by the court. The record demonstrates that counsel provided effective assistance (*see People v Ford*, 86 NY2d 397, 404 [1995]). Concur—Andrias, J.P., Nardelli, Buckley and Catterson, JJ.